

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, NY 10278*

February 5, 2026

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Ivan Valerio Sainz Salazar*, **S7 23 Cr. 180 (KPF)**

Dear Judge Tarnofsky:

The Government writes to request the unsealing of the above-referenced charging instrument against defendant Ivan Valerio Sainz Salazar, superseding indictment S7 23 Cr. 136 (JLR). The defendant was arrested earlier this month by Mexican authorities and is in Mexican custody.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
Jane Y. Chong
Sarah L. Kushner
David J. Robles
Assistant United States Attorneys

**SO ORDERED:**

THE HONORABLE ROBYN F. TARNOFSKY
United States Magistrate Judge
Southern District of New York